[No. 26286-3-III.  Division Three.  February 14, 2008.]

DAVID M. HENRY ET AL., *Appellants*, v. LORI L. GREEN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-2-04451-3, Salvatore F. Cozza, J., entered June 28, 2007. *Affirmed* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Schultheis, A.C.J., and Kulik, J.

[No. 57364-1-I.  Division One.  February 19, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD ARTHUR KIRKHAM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-05960-1, Laura Gene Middaugh, J., entered March 17, 2006. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Dwyer, J., concurred in by Becker and Cox, JJ.

[Nos. 57757-3-I; 58075-2-I.  Division One.  February 19, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY JOSEPH BARQUET, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. JAMIE LEE WHITE, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 05-1-09331-1, James D. Cayce, J., entered January 26, 2006. *Affirmed* by unpublished opinion per Appelwick, C.J., concurred in by Becker and Schindler, JJ.